Timothy R. Pack (Bar No. 12193)
Victoria B. Finlinson (Bar No. 15103)
CLYDE SNOW & SESSIONS, P.C.
One Utah Center, Thirteenth Floor
201 South Main Street
Salt Lake City, Utah 84111-2216
Telephone:   (801) 322-2516
Facsimile:   (801) 521-6280
Email:   trp@clydesnow.com
         vbf@clydesnow.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SARAH BARRAS,<br><br>Plaintiff,<br><br>v.<br><br>FAL FOODS USA INC.; FAL FOOD & BEVERAGES, LLC; NOBLETREE COFFEE SALT LAKE CITY, LLC; NOBLETREE COFFEE ROASTERS, LLC; AND FAL COFFEE, INC,<br><br>Defendants. | STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Case No. 2:20-cv-00491-JCB<br><br>Magistrate Judge Jared C. Bennett |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties, that this action, including all claims therein, is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and fees.

{01844552-1 }

Dated:  April 5, 2021

**HOLLINGSWORTH LAW OFFICE, LLC**

*/s/ April Hollingsworth*[1]
April Hollingsworth
Katie Panzer
*Attorneys for Plaintiff*

**CLYDE SNOW & SESSIONS**

*/s/ Victoria B. Finlinson*
Timothy R. Pack
Victoria B. Finlinson
*Attorneys for Defendants*

---

[1] Signed electronically with permission.

{01844552-1 }

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April 2021, I caused a true and correct copy of the foregoing **Stipulation of Dismissal** to be served via the Court's CM/ECF service upon the below-listed counsel of record.

>April Hollingsworth
>Katie Panzer
>**HOLLINSWORTH LAW OFFICE, LLC**
>april@aprilhollingsworthlaw.com
>katie@aprilhollingsworthlaw.com

*/s/ Kari J. Peck*

{01844552-1 }